IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| LATONYA BRYANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  8:11-cv-1180 |
| vs. ) | |
| ) | |
| PHILLIPS & COHEN ASSOCIATES, ) | **JURY DEMAND ENDORSED HEREON** |
| LTD. and SANTANDER ) | |
| CONSUMER USA, INC., ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

NOW COMES the Plaintiff, LATONYA BRYANT, by and through her attorney, MITCHEL E. LUXENBURG, and for her Complaint against the Defendants, PHILLIPS & COHEN ASSOCIATES, LTD. and SANTANDER CONSUMER USA, INC., Plaintiff alleges and states as follows:

### PRELIMINARY STATEMENT

1. This is an action for damages for violations of the Fair Debt Collection Practices Act (hereinafter the "FDCPA"), 15 U.S.C. § 1692, *et seq*.

### JURISDICTION AND VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. § 1692, *et seq*.  Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b), as a substantial part of the events and omissions giving rise to the claim occurred within this District.

### PARTIES

3. Plaintiff is an individual who was at all relevant times residing in Waldorf, Maryland.

4. Plaintiff is a "consumer" as defined in 15 U.S.C. § 1692a(3), as she is a natural person allegedly obligated to pay a debt.

5. At all relevant times, Defendants acted as "debt collectors" within the meaning of 15 U.S.C. § 1692a(6), in that they held themselves out to be companies collecting a consumer debt allegedly owed by Plaintiff.

6. The aforementioned alleged debt is a "debt" within the meaning of 15 U.S.C. § 1692a(5), in that it is an alleged obligation of Plaintiff to pay money arising out of a transaction in which the money, property, insurance and/or services which are the subject of the transaction were primarily for personal, family and/or household purposes.

7. On information and belief, Defendant PHILLIPS & COHEN ASSOCIATES, LTD. (hereinafter "Phillips") is a corporation of the State of New Jersey, which is licensed to do business in Maryland and which has its principal place of business in Westhampton, New Jersey.

8. On information and belief, Defendant SANTANDER CONSUMER USA, INC. (hereinafter "Santander") is a corporation of the State of Illinois, which is licensed to do business in Maryland and which has its principal place of business in New York, New York.

**ALLEGATIONS**

9. On or about March 11, 2011, representatives and/or employees of Phillips, acting in their capacity as the authorized agents of Santander, began contacting Plaintiff regarding collection of the aforementioned alleged debt, which is allegedly owed by Plaintiff to Santander.

10. Additionally, during or about January of 2011, Santander reported the alleged debt to the major credit reporting agencies (also known as Experian, Equifax and Trans Union) as still being owed by Plaintiff.

11. However, prior to January of 2011, the alleged debt had been settled and the settlement amount had been paid in full by Plaintiff, leaving no balance due.

12. All of the actions of Phillips in its attempts to collect the alleged debt were undertaken as the authorized agent of Santander.

13. In its attempts to collect the aforementioned alleged debt, Defendants violated the FDCPA in one or more of the following ways:

    a. Falsely representing the character, amount and/or legal status of the debt, in violation of 15 U.S.C. § 1692e(2)(A);

    b. Using false, deceptive or misleading representations or means in connection with the collection of the alleged debt or to obtain information about Plaintiff, in violation of 15 U.S.C. § 1692e(10);

    c. Communicating credit information which was known or which should have been known to be false, including failing to communicate that the alleged debt was disputed, in violation of 15 U.S.C. § 1692e(8); and

    d. By acting in an otherwise deceptive, unfair and unconscionable manner and failing to comply with the FDCPA.

WHEREFORE, Plaintiff, LATONYA BRYANT, respectfully prays for a judgment against Defendants as follows:

    a. All actual damages suffered;

    b. Statutory damages of $1,000.00 from each Defendant for each violation of the FDCPA;

    c. All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff; and

    d. Any other relief deemed appropriate by this Honorable Court.

## **JURY DEMAND**

Pursuant to Civil Rule 38, Plaintiff hereby demands a trial by jury on all issues in this action, except for any issues relating to the amount of attorneys' fees and litigation costs to be awarded should Plaintiff prevail on any of her claims in this action.

Respectfully Submitted,

/s/_____
Mitchel E. Luxenburg (29092)
Luxenburg & Levin, LLC
Attorney for Plaintiff
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com